FILED
2010 JUL 15 AM 8: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1  MONICA T. GUIZAR, ESQ., SBN 202480
   MUÑOZ & GUIZAR, LLP
2  5429 E. Beverly Blvd.
   Los Angeles, CA 90022
3  Telephone: (323) 720-9400
   Facsimile: (323) 720-9090
4
   Attorneys for Plaintiffs:
5  JRGF (BY AND THROUGH HIS GUARDIAN AD LITEM, FERNANDO
   FERNANDEZ), FERNANDO FERNANDEZ and MARIA FERNANDEZ
6

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| JRGF (BY AND THROUGH HIS GUARDIAN AD LITEM, FERNANDO FERNANDEZ), FERNANDO FERNANDEZ and MARIA FERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; Alexandro Gaitan, in his individual capacity; John Carrol, in his individual capacity; UNKNOWN AGENTS OF THE U.S. CUSTOMS AND BORDER PROTECTION; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:<br><br>'10 CV 1387 BTM   JMA<br><br>**PETITION AND ORDER FOR APPOINTMENT OF *GUARDIAN AD LITEM*** |

ORIGINAL

|   |   |
|---|---|
| 1 | TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA: |
| 3 |   |
| 4 | 1. JESUS ROGELIO GALVAN FERNANDEZ (hereinafter "JRGF" per |
| 5 | FRCP 5.2) is a minor, born June 8, 1993. |
| 6 | 2. JRGF is about to commence an action in this Court against the |
| 7 | UNITED STATES OF AMERICA, Alexandro Gaitan, in his |
| 8 | individual capacity; John Carrol, in his individual capacity; |
| 9 | UNKNOWN AGENTS OF THE U.S. CUSTOMS AND BORDER |
| 10 | PROTECTION; and DOES 1 through 50, under the Federal Tort |
| 11 | Claims Act and *Bivens v. Six Unkown Agents of Federal Bureau of* |
| 12 | *Narcotics*, 403 U.S. 388 (1971), for the unlawful assault, battery, use |
| 13 | of excessive force, unreasonable searches and seizures, harassment, |
| 14 | and stalking of JRGF, and the negligent infliction of emotional |
| 15 | distress by U.S. Customs and Border Patrol agents on plaintiffs |
| 16 | Fernando Fernandez, Maria Fernandez and JRGF. |
| 17 | 3. JRGF has no general guardian and no previous petition for the |
| 18 | appointment of a guardian ad litem. |
| 19 | 4. Pursuant to FRCP 17, it is respectfully requested that this Court |
| 20 | appoint FERNANDO FERNANDEZ as the guardian ad litem for |
| 21 | JRGF in this litigation. |
| 22 | 5. FERNANDO FERNANDEZ, whose address is 1240 D R Amalia |
| 23 | Street Calexico, CA 92231, is a competent and responsible person, |
| 24 | who is fully competent to act as the guardian ad litem for JRGF. |
| 25 | FERNANDO FERNANDEZ is the father of JRGF. |
| 26 | // |
| 27 |   |
| 28 | // |

WHEREFORE, it is respectfully requested that this Court enter an order appointing FERNANDO FERNANDEZ as the guardian ad litem for JRGF.

Dated: June 28, 2010      MUÑOZ & GUIZAR, LLP

*[signature]*
MONICA GUIZAR, ESQ.
Attorneys for PLAINTIFFS

## CONSENT TO APPOINTMENT AS GUARDIAN AD LITEM

I, FERNANDO FERNANDEZ, consent to act as guardian ad litem for my son, JRGF, in the litigation arising out of the the unlawful assault, battery, use of excessive force, unreasonable searches and seizures, harassment, and stalking of JRGF, and the negligent infliction of emotional distress by U.S. Customs and Border Patrol agents on plaintiffs Fernando Fernandez, Maria Fernandez and JRGF.

Dated: 6/29/10

*[signature]*
Fernando Fernandez

## ORDER

The petition for an order appointing FERNANDO FERNANDEZ as guardian ad litem for JESUS ROGELIO GALVAN FERNANDEZ is APPROVED without prejudice. At a hearing held on July 14, 2010 the Court noted a potential for a conflict of interest if there were to be monetary settlement discussions. Therefore, a status hearing as to continuance of the appointment shall take place on January 12, 2011 at 10:30am.

IT IS SO ORDERED.

Dated: July 14, 2010

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

3
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM